IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARKADZI KARABEINIKAU, § § Plaintiff § § vs. § § GLOBAL PAIN & SPINE CLINIC S.C. § a/k/a) GLOBAL COLLECTION § AGENCY, § § Defendant § | Case No. 1:22-cv-07108 Hon. Matthew F. Kennelly Hon. Young B. Kim |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Through their undersigned counsel Plaintiff and Defendant hereby notify the Court that, subject to execution of settlement documents, this matter has been settled. The parties request (45) forty five days to submit a stipulation to dismiss with prejudice.

Respectfully submitted,

/s/ Manuel H. Newburger
Manuel H. Newburger
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Telephone: (512) 649-4022
Facsimile: (512) 279-0310
mnewburger@bn-lawyers.com
*Attorney for Defendant*

/s/ Nick Edward Porter
Nick Edward Porter
The Law Offices of Fedor Kozlov, P.C.
1990 E. Algonquin Rd.
Ste 100
Schaumburg, IL 60173
847-241-1299
Email: nick@nslslaw.com
*Attorney for Plaintiff*